IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DR. DEMITRI MARSHALL, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TEXAS COMMISSION OF HEALTH § <br> AND HUMAN SERVICES, *et al.*, § <br> Defendants. § | CIVIL ACTION NO. H-14-1441 |

## ORDER

It is hereby **ORDERED** that Plaintiff's unopposed Motion for Extension of Time [Doc. # 7] is **GRANTED**. Plaintiff's response to Defendants' Motion to Dismiss is due **August 20, 2014**, and any reply is due **August 29, 2014**. It is further

**ORDERED** that Defendants' Unopposed Motion to Stay Scheduling Conference and Discovery [Doc. # 6] is **GRANTED**. All discovery is **STAYED** until the initial conference **SCHEDULED** on **September 29, 2014, at 11:30 a.m.** The Court anticipates ruling on the Motion to Dismiss prior to that date if briefing is completed by August 29, 2014.

SIGNED at Houston, Texas, this 7th day of **August, 2014**.

Nancy F. Atlas
United States District Judge

C:\Users\shelia_ashabranner.TXS\AppData\Local\Temp\notesFFF692\1441MStay.wpd   140807.1443